DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

STATE v. STANFIELD

No. 2.

Case below: 19 N.C. App. 622.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 9 January 1974.

STATE v. STANLEY

No. 109 PC.

Case below: 19 N.C. App. 684.

Petition for writ of certiorari to North Carolina Court of Appeals denied 9 January 1974.

STATE v. THOMAS

No. 144 PC.

Case below: 20 N.C. App. 255.

Petition for writ of certiorari to North Carolina Court of Appeals denied 5 February 1974.

STATE v. TORAIN

No. 130 PC.

Case below: 20 N.C. App. 69.

Petition for writ of certiorari to North Carolina Court of Appeals denied 5 February 1974.

STATE v. WILLIS

No. 115 PC.

Case below: 20 N.C. App. 43.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 9 January 1974.